1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 | JOHN FREDERICK WHEELER,          ) Case No. 1:12-CV-00286-AWI-JLT
                                     )
12 |         Plaintiff,              ) ORDER DISREGARDING PLAINTIFF'S
                                     ) MOTION TO PROCEED IN FORMA
13 |     v.                          ) PAUPERIS AS MOOT
                                     )
14 |                                 ) (Doc. 5)
   | CLINICA SIERRA VISTA, et al.,   )
15 |                                 )
   |         Defendants.             )
16 | _____ )

17          John Frederick Wheeler ("Plaintiff") seeks to proceed *in forma pauperis* ("IFP") and *pro se*

18   with an action for violations of his civil rights, and commenced this action by filing his complaint

19   and a motion to proceed IFP on February 27, 2012.  (Docs. 1-2).  On March 19, 2012, the Court

20   recommended Plaintiff's motion to proceed IFP be denied because his complaint failed to state a

21   meritorious claim upon which relief may be granted.  (Doc. 4).  However, also on March 19, 2012,

22   Plaintiff filed a second motion to proceed IFP.  (Doc. 5).

23          Because Plaintiff has an application to proceed IFP pending before the Court, the second

24   application to proceed IFP (Doc. 5) is **DISREGARDED AS MOOT**.

25

26   IT IS SO ORDERED.

27   Dated:   **March 22, 2012**                        **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE
28