**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN FREDERICK WHEELER, | ) Case No. 1:12-CV-00286-AWI-JLT |
| | ) |
| Plaintiff, | ) ORDER DISREGARDING PLAINTIFF'S |
| | ) MOTION TO PROCEED IN FORMA |
| v. | ) PAUPERIS AS MOOT |
| | ) |
| | ) (Doc. 5) |
| CLINICA SIERRA VISTA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

John Frederick Wheeler ("Plaintiff") seeks to proceed *in forma pauperis* ("IFP") and *pro se* with an action for violations of his civil rights, and commenced this action by filing his complaint and a motion to proceed IFP on February 27, 2012. (Docs. 1-2). On March 19, 2012, the Court recommended Plaintiff's motion to proceed IFP be denied because his complaint failed to state a meritorious claim upon which relief may be granted. (Doc. 4). However, also on March 19, 2012, Plaintiff filed a second motion to proceed IFP. (Doc. 5).

Because Plaintiff has an application to proceed IFP pending before the Court, the second application to proceed IFP (Doc. 5) is **DISREGARDED AS MOOT**.

IT IS SO ORDERED.

Dated:   **March 22, 2012**                              **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE